**REED SMITH LLP**

Eric A. Schaffer, Esq.
225 Fifth Avenue
Pittsburgh, PA  15222
Tel:  412-288-3131
Fax: 4120288-3063
Email:  eschaffer@reedsmith.com

Michael J. Venditto, Esq.
599 Lexington Avenue
New York, NY  10022
Tel:  212-521-5400
Fax: 212-521-5450
Email:  mvenditto@reedsmith.com

Attorneys for Defendant, The Bank of New York Mellon Trust Co., National Association, as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING, INC., | ) ) ) | Bankruptcy Case No. 08-13555 |
| Plaintiff, | ) ) | Adversary Proceeding No. 10-03544-jmp |
| v. | ) ) | |
| THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, AS TRUSTEE, et al., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, Reed Smith LLP appears in the above captioned adversary proceeding as counsel for Defendant, The Bank of New York Mellon Trust Co., National Association, As Trustee, and requests that all notices given in this adversary proceeding

and all papers served or required to be served in this adversary proceeding, be given to and served upon the undersigned, at the address set forth below:

    REED SMITH LLP

    Eric A. Schaffer, Esq.
    225 Fifth Avenue
    Pittsburgh, PA  15222
    Tel:  412-288-3131
    Fax: 412-288-3063
    Email:  eschaffer@reedsmith.com

    Michael J. Venditto
    599 Lexington Avenue
    New York, NY  10022
    Tel:  212-521-5400
    Fax: 212-521-5450
    Email:  mvenditto@reedsmith.com

Dated:  October 6, 2010

    */s/ Eric A. Schaffer*
    Eric A. Schaffer, Esq.
    Reed Smith LLP
    225 Fifth Avenue
    Pittsburgh, PA  15222
    Tel:  412-288-3131
    Fax: 412-288-3063
    Email:  eschaffer@reedsmith.com