UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHER SPECIAL FINANCING, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, As Trustee, LIBERTY SQUARE CDO I, CORP., LIBERTY SQUARE CDO I, LTD., LIBERTY SQUARE CDO II, LTD., and LIBERTY SQUARE CDO II, CORP., as Issuers,<br><br>       Defendants. | Bankruptcy Case No. 08-13555<br><br>Adversary Proceeding No. 10-03544 (JMP)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendants Liberty Square CDO I, Ltd. and Liberty Square CDO II, Ltd., in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
    August 1, 2011

                 Respectfully submitted,

                 SEWARD & KISSEL LLP

                 By: _____
                    Jack Yoskowitz (JY3935)
                 One Battery Park Plaza
                 New York, New York  10004
                 Tel.: (212) 574-1200
                 Fax: (212) 480-8421

SK 99189 0020 1214694