**SEWARD & KISSEL LLP**

Jack Yoskowitz
Benay L. Josselson
One Battery Park Plaza
New York, New York 10004
(212) 574-1200
(212) 480-8421

Attorneys for Defendants Liberty Square
CDO I, Ltd. and Liberty Square CDO II, Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP) |
| LEHMAN BROTHER SPECIAL FINANCING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, As Trustee, LIBERTY SQUARE CDO I, CORP., LIBERTY SQUARE CDO I, LTD., LIBERTY SQUARE CDO II, LTD., and LIBERTY SQUARE CDO II, CORP., as Issuers,<br><br>Defendants. | Adv. Proc. No.. 10-03544 (JMP)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendants Liberty Square CDO I, Ltd. and Liberty Square CDO II, Ltd., in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
      August 3, 2011

Respectfully submitted,

SEWARD & KISSEL LLP

By: _____
Benay L. Josselson (BJ1278)

One Battery Park Plaza
New York, New York 10004

Tel.: (212) 574-1200
Fax: (212) 480-8421

Attorneys for Defendants Liberty Square
CDO I, Ltd. and Liberty Square CDO II, Ltd.

SK 99189 0020 1215467

2