Eric P. Heichel
EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C.
805 Third Avenue
New York, New York 10022
212-752-1000
*Attorneys for Cede & Co., as nominee*
*of The Depository Trust Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| LEHMAN BROTHERS FINANCIAL PRODUCTS INC.<br>Plaintiff,<br>-against-<br>THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, as Trustee, LIBERTY SQUARE CDO I, CORP., LIBERTY SQUARE CDO I, LTD., LIBERTY SQUARE CDO II, LTD., and LIBERTY SQUARE CDO II, CORP., As Issuers,<br>Defendants. | Adversary Proceeding No. 10-03544 (JMP) |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, as Indenture Trustee,<br>Counterclaimant,<br>-against-<br>LEHMAN BROTHERS FINANCIAL PRODUCTS, INC., LIBERTY SQUARE CDOI, CORP., LIBERTY SQUARE CDO I, LIMITED, LIBERTY SQUARE CDO II, LIMITED, LIBERTY SQUARE CDO II, CORP.,<br>Counterclaim and Crossclaim Defendants,<br>-and-<br>CEDE & CO., as nominee of THE DEPOSITORY TRUST COMPANY, as the holder of certain notes,<br>Additional Crossclaim Defendant. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Eric P. Heichel of Eiseman Levine Lehrhaupt &

Kakoyiannis, P.C. hereby enters his appearance as counsel for Cede & Co., as nominee of

The Depository Trust Company, in the above-captioned adversary proceeding.

Dated:  February 21, 2013
        New York, New York

EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C.


/s/ Eric P. Heichel
805 Third Avenue, 10th Floor
New York, New York 10022
Telephone: 212-752-1000
Facsimile: 212-355-4608
eheichel@eisemanlevine.com