WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

―――――――――――――――――――――――――――x

| | | |
|---|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : | |
| | : | |
| Plaintiff, | | |
| -against- | : | Adv. Proc. No. |
| | | 10-03542 (SCC) |
| BANK OF AMERICA NATIONAL ASSOCIATION, *et al*. | : | |
| | : | |
| Defendants. | | |

―――――――――――――――――――――――――――x

| | | |
|---|---|---|
| LEHMAN BROTHERS FINANCIAL PRODUCTS INC., | : | |
| | : | |
| Plaintiff, | | |
| -against- | : | Adv. Proc. No. |
| | | 10-03544 (SCC) |
| THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, AS TRUSTEE, *et al*. | : | |
| | : | |
| Defendants. | | |

―――――――――――――――――――――――――――x

| | | |
|---|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Adv. Proc. No. 10-03545 (SCC) |
| THE BANK OF NEW YORK MELLON CORPORATION, *et al*. | : | |
| | : | |
| Defendants. | : | |
| _____x | | |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Adv. Proc. No. 10-03809 (SCC) |
| WELLS FARGO BANK NATIONAL ASSOCIATION, *et al*. | : | |
| | : | |
| Defendants. | : | |
| _____x | | |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : | |
| | : | |
| Plaintiff, | : | |
| -against- | : | Adv. Proc. No. 10-03811 (SCC) |
| BANK OF NEW YORK MELLON NATIONAL ASSOCIATION, *et al*. | : | |
| | : | |
| Defendants. | : | |
| _____x | | |

## NOTICE OF SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE** that a scheduling conference regarding the above-captioned adversary proceedings will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, on **May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Conference"). The Conference may be further adjourned from time to time without further

notice other than an announcement at the Conference.

Dated: May 12, 2014
New York, New York

> By: /s/ Jacqueline Marcus
> Jacqueline Marcus
> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153
> Telephone: (212) 310-8000
> Fascimile: (212) 310-8007
>
> Attorneys for Lehman Brothers Holdings Inc.
> and Certain of Its Affiliates